IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01256-RPM

FRUITA DEVELOPMENT, LLC, a Wisconsin limited liability company,

     Plaintiff,

v.

JOHN O. SPENDRUP, an individual doing business as
LEWCO INDUSTRIES, and
FRUITA MARKETING AND MANAGEMENT, INC., a Delaware corporation,

     Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **October 5th, 2007, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order (original only) on paper, shall be submitted directly to chambers by **September 27th, 2007.**

     Dated: August 20th, 2007

                    BY THE COURT:

                    s/ Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge