IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01256-RPM

FRUITA DEVELOPMENT, LLC, a Wisconsin limited liability company,

    Plaintiff,

v.

JOHN O. SPENDRUP, an individual doing business as
LEWCO INDUSTRIES, and
FRUITA MARKETING AND MANAGEMENT, INC., a Delaware corporation,

    Defendant.

___

## ORDER CONTINUING STAY
___

Pursuant to the Joint Status Report and Motion for Continued Stay [11] filed on November 19, 2007, it is

ORDERED that the stay of all deadlines is continued to and including February 18, 2008.

Dated: November 20th, 2007

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge