IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01256-RPM

FRUITA DEVELOPMENT, LLC, a Wisconsin limited liability company,

    Plaintiff,

v.

JOHN O. SPENDRUP, an individual doing business as
LEWCO INDUSTRIES, and
FRUITA MARKETING AND MANAGEMENT, INC., a Delaware corporation,

    Defendant.

---

## ORDER CONTINUING STAY

---

    Pursuant to the Second Joint Status Report and Motion for Continued Stay [13] filed on February 18, 2008, it is

    ORDERED that the stay of all deadlines is continued to and including April 30, 2008.

    Dated: February 19th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge