IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01256-RPM

FRUITA DEVELOPMENT, LLC, a Wisconsin limited liability company,

    Plaintiff,

v.

JOHN O. SPENDRUP, an individual doing business as
LEWCO INDUSTRIES, and
FRUITA MARKETING AND MANAGEMENT, INC., a Delaware corporation,

    Defendant.

---

## ORDER OF DISMISSAL

---

    Upon review of the document designated Stipulation and Order of Dismissal [19], filed on June 17, 2008, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

    Dated: June 17th, 2008

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge